IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RAUL COLON-VILLALOBOS,<br>Defendant. | INDICTMENT<br><br>CRIMINAL NO. 26-082 (PAD)<br><br>VIOLATIONS:<br><br>Title 18, United States Code, Sections 1703(a)<br><br>ONE COUNT |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
Delay or Destruction of Mail
(Title 18, United States Code, Section 1703(a))

On or about May 1, 2023, in the District of Puerto Rico, and within the jurisdiction of this Court,

**RAUL COLON-VILLALOBOS,**

the defendant herein, being a United States Postal Service employee, did unlawfully delay a package, a Priority Mail parcel with tracking number 9505 5148841631167389599, addressed to M.P. 5 Los Gallitos, Isabela, Puerto Rico 00662, entrusted to him, and which came into his possession and was intended to be conveyed by mail, and carried and delivered by any carrier or other employee of the United States Postal Service, and forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General or the Postal Service.

All in violation of Title 18, United States Code, Section 1703(a).

W. STEPHEN MULDROW
United States Attorney

TRUE BILL

_____
Seth A. Erbe
Assistant United States Attorney
Chief of Financial Fraud and Public Corruption Section

_____
FOREPERSON

Date: March 11, 2026

_____
Tania Y. Salas De-Jesús
Special Assistant United States Attorney